65 A.3d 297

PENNSYLVANIA STATE ASSOCIATION OF JURY COMMIS-SIONERS and Larry A. Thompson, President Pennsylvania State Association of Jury Commissioners and Elected Jury Commissioner in Butler County and Martha S. Smith, Duly Elected Jury Commissioner of Chester County and Mary Jane Dellafiora, Duly Elected Jury Commissioner for Indiana County and G. Richard Zimmerman, Duly Elected Jury Commissioner for Washington County, Appellants,

v.

COMMONWEALTH of Pennsylvania and Honorable Thomas Corbett, Governor of Pennsylvania and Honorable Kathleen Kane, Attorney General of Pennsylvania, Appellees.

County Commissioners Association of Pennsylvania, Intervenor.

Supreme Court of Pennsylvania.

April 18, 2013.

## ORDER

PER CURIAM.

AND NOW, this 18th day of April, 2013, the Order of the Commonwealth Court is AFFIRMED.